```
                        19MAG 6041              ORIGINAL
            Approved: _____
                      BENJAMIN WOODSIDE SCHRIER
                      Assistant United States Attorney

            Before:    THE HONORABLE SARAH NETBURN
                       United States Magistrate Judge
                       Southern District of New York
```

- - - - - - - - - - - - - - - - - x
                                  :    **FRCRP 5(c)(3) Affidavit**
UNITED STATES OF AMERICA          :
                                  :
     - v. -                       :
                                  :
SANDY SUSOHO,                     :
                                  :
          Defendant.               :
                                  :
- - - - - - - - - - - - - - - - - x

SOUTHERN DISTRICT OF NEW YORK, ss.:

BENJAMIN ANDREWS, being duly sworn, deposes and says that he is a Special Agent with the Diplomatic Security Service of the United States Department of State ("DSS"), and charges as follows:

On or about June 20, 2019, "Sandy Susoho" was charged in a complaint filed in the United States District Court for the Eastern District of Virginia with one count of conspiring to commit an offense against or defraud the United States, in violation of Title 18, United States Code, Section 371. *See United States v. Sandy Susoho*, 19 Mag. 280 (JFA) (E.D. Va.). On or about the same day, the United States District Court for the Eastern District of Virginia issued a warrant for the arrest of a "Sandy Susoho."

A copy of the aforementioned complaint and arrest warrant are attached as Exhibit A and incorporated by reference here.

I believe that SANDY SUSOHO, the defendant, is the same person as the "Sandy Susoho" who is wanted by the United States District Court for the Eastern District of Virginia.

The bases for my knowledge and for the foregoing charge are, in part, as follows:

1.   I am a Special Agent with DSS, and I have been personally involved in determining whether SANDY SUSOHO, the

defendant, is the same person as the "Sandy Susoho" named in the arrest warrant issued by the United States District Court for the Eastern District of Virginia on or about June 20, 2019. This affidavit is based upon my conversations with law enforcement officers and other individuals, as well as my examination of reports and other records. Because this affidavit is being submitted for the limited purpose of establishing the identity of the defendant, it does not include all the facts that I have learned during the course of my investigation. Where the contents of documents and the actions, statements, and conversations of others are reported in this affidavit, they are reported in substance and in part, except where otherwise indicated.

2. Based on my review of documents from proceedings in the United States District Court for the Eastern District of Virginia, I know that, on or about June 20, 2019, the United States District Court for the Eastern District of Virginia issued a warrant for the arrest of a "Sandy Susoho" (the "Arrest Warrant"). The Arrest Warrant was issued based on the filing of a complaint against "Sandy Susoho" on or about June 20, 2019.

3. Based on my review of law enforcement records, my conversations with other law enforcement officers, and my personal involvement in the investigation of "Sandy Susoho," I am aware of a birthdate (the "Birthdate"), Social Security number (the "SSN"), and a physical description (the "Physical Description") associated with "Sandy Susoho." I have also reviewed photographs of "Sandy Susoho" obtained during the course of the investigation and in law enforcement databases (the "Photographs").

4. Based on my review of law enforcement records, my conversations with other law enforcement officers, and my personal involvement in the arrest of SANDY SUSOHO, I have learned that, in connection with her arrest, she provided a birthdate that matches the Birthdate and a Social Security number that matches the SSN.

5. Based on my personal involvement in the arrest of SANDY SUSOHO, I have also determined that her appearance matches the Physical Description and the Photographs.

6. Accordingly, I believe that the "Sandy Susoho" sought in the Arrest Warrant is SANDY SUSOHO.

WHEREFORE, deponent respectfully requests that SANDY SUSOHO, the defendant, be imprisoned or bailed, as the case may be.

```
_____
BENJAMIN ANDREWS
Special Agent
Diplomatic Security Service
United States Department of State
```

Sworn to before me this
26th day of June, 2019

```
_____
THE HONORABLE SARAH NETBURN
United States Magistrate Judge
Southern District of New York
```

# Exhibit A

JS 45 (01/2008)

## Criminal Case Cover Sheet U.S. District Court

| | | |
|---|---|---|
| **Place of offense:** | Under Seal: Yes _X_ No __ | Judge Assigned: <u>Anderson</u> |
| City _____ | Superseding Indictment _____ | Criminal Number: <u>1:19-MJ-280</u> |
| County/Parish <u>Loudoun</u> | Same Defendant __ New Defendant _X_ | |
| | Magistrate Judge Case Number _____ | Arraignment Date: _____ |
| | Search Warrant Case Number _____ | |
| | R 20 / R 40 from District of _____ | |
| | Related Case Name and No.: | |

**Defendant Information**

Juvenile -- Yes _____ No _X_ FBI # _____

Defendant Name: <u>Sandy Susoho</u> Alias Name(s) <u>Unknown</u>

Address: <u>XXXX Jesup Ave. Apt XX, Bronx, NY XXXX</u>

Employment: <u>In-Home Care Provider</u>

Birth Date <u>XX/XX/1994</u> SS# <u>XXX-XX-3798</u> Sex <u>F</u> Def Race: <u>Black</u> Nationality: United States Citizen _____ Place of Birth <u>New York</u>

Height <u>5'5</u> Weight: <u>Unknown</u> Hair <u>Blk</u> Eyes <u>Brown</u> Scars/Tattoos: <u>Unknown</u>

Interpreter: ____ No ____ Yes List language and/or dialect: <u>N/A</u> Automobile Description _____

**Location Status:**

Arrest date: _____

Already in Federal Custody as of _____ in _____

____ Already in State Custody  ____ On Pretrial Release  ____ Not in Custody
____ Arrest Warrant Requested  ____ Fugitive  ____ Summons Requested
____ Arrest Warrant Pending  ____ Detention Sought  ____ Bond

**Defense Counsel Information:**

Name: _____  ____ Court Appointed  Counsel conflicted out: _
Address: _____  ____ Retained
Telephone: _____  ____ Public Defender  Federal Public Defender's Office conflicted out: _X_

**U.S. Attorney Information:**

AUSA <u>Raizza K. Ty</u>  Telephone No.: <u>(703) 299-3771</u>  Bar # _____

**Complainant Agency, Address & Phone Number or Person & Title:**

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C § 371 | Conspiracy to commit offense or to defraud US | 1 | Felony |

Date: <u>June 20, 2019</u>  Signature of AUSA: _[signature]_

JS 45 (01/2008) (Reverse)

District Court Case Number (To be filled by deputy clerk): _____

## U.S.C. Citations (continued)

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |
| Set 16 | | | |
| Set 17 | | | |
| Set 18 | | | |
| Set 19 | | | |
| Set 20 | | | |
| Set 21 | | | |
| Set 22 | | | |
| Set 23 | | | |
| Set 24 | | | |
| Set 25 | | | |
| Set 26 | | | |
| Set 27 | | | |
| Set 28 | | | |
| Set 29 | | | |
| Set 30 | | | |
| Set 31 | | | |

JS 45 (01/2008)

## Criminal Case Cover Sheet U.S. District Court

Place of offense:  Under Seal: Yes __X__ No ___   Judge Assigned: __Anderson__

City _____   Superseding Indictment _____   Criminal Number: __1:19-MJ-280__

County/Parish __Loudoun__   Same Defendant ___ New Defendant __X__

Magistrate Judge Case Number _____ Arraignment Date: _____

Search Warrant Case Number _____

R 20 / R 40 from District of _____

Related Case Name and No.: _____

### Defendant Information

Juvenile -- Yes _____ No __X__ FBI # _____

Defendant Name: __Sandy Susoho__ Alias Name(s) __Unknown__

Address: __1475 Jesup Ave. Apt W2, Bronx, NY 10452__

Employment: In-Home Care Provider _____

Birth Date __07/21/1994__ SS# __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__ Sex __F__ Def Race: __Black__ Nationality: United States Citizen _____ Place of Birth __New York__

Height __5'5__ Weight: __Unknown__ Hair __Blk__ Eyes __Brown__ Scars/Tattoos: __Unknown__

Interpreter: _____ No _____ Yes List language and/or dialect: __N/A__ Automobile Description _____

### Location Status:

Arrest date: _____

Already in Federal Custody as of _____ in _____

_____ Already in State Custody   _____ On Pretrial Release   _____ Not in Custody

_____ Arrest Warrant Requested   _____ Fugitive   _____ Summons Requested

_____ Arrest Warrant Pending   _____ Detention Sought   _____ Bond

### Defense Counsel Information:

Name: _____   _____ Court Appointed   Counsel conflicted out: __

Address: _____ Retained

Telephone: _____   _____ Public Defender   Federal Public Defender's Office conflicted out: __X__

### U.S. Attorney Information:

AUSA __Raizza K. Ty__   Telephone No.: __(703) 299-3771__   Bar # _____

Complainant Agency, Address & Phone Number or Person & Title:

### U.S.C. Citations:

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C § 371 | Conspiracy to commit offense or to defraud US | 1 | Felony |

Date: __June 20, 2019__   Signature of AUSA: _____

District Court Case Number (To be filled by deputy clerk): _____

## U.S.C. Citations (continued)

|  | **Index Key/Code** | **Description of Offense Charged** | **Count(s)** |
|---|---|---|---|
| Set 4 | _____ | _____ | _____ |
| Set 5 | _____ | _____ | _____ |
| Set 6 | _____ | _____ | _____ |
| Set 7 | _____ | _____ | _____ |
| Set 8 | _____ | _____ | _____ |
| Set 9 | _____ | _____ | _____ |
| Set 10 | _____ | _____ | _____ |
| Set 11 | _____ | _____ | _____ |
| Set 12 | _____ | _____ | _____ |
| Set 13 | _____ | _____ | _____ |
| Set 14 | _____ | _____ | _____ |
| Set 15 | _____ | _____ | _____ |
| Set 16 | _____ | _____ | _____ |
| Set 17 | _____ | _____ | _____ |
| Set 18 | _____ | _____ | _____ |
| Set 19 | _____ | _____ | _____ |
| Set 20 | _____ | _____ | _____ |
| Set 21 | _____ | _____ | _____ |
| Set 22 | _____ | _____ | _____ |
| Set 23 | _____ | _____ | _____ |
| Set 24 | _____ | _____ | _____ |
| Set 25 | _____ | _____ | _____ |
| Set 26 | _____ | _____ | _____ |
| Set 27 | _____ | _____ | _____ |
| Set 28 | _____ | _____ | _____ |
| Set 29 | _____ | _____ | _____ |
| Set 30 | _____ | _____ | _____ |
| Set 31 | _____ | _____ | _____ |

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

**UNDER SEAL**

| United States of America | ) | |
| --- | --- | --- |
| v. | ) | Case No. 1: 19-MJ-280 |
| SANDY SUSOHO | ) | |
| Defendant(s) | ) | |

FILED JUN 2 0 2019
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of September 8, 2018 in the county of Loudoun in the Eastern District of Virginia, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 18 U.S.C § 371 | The defendant did, knowingly conspire with CC-1 and other known and unknown co-conspirators to misuse a passport, and to furnish, dispose of, and deliver a passport to another person for use by another than the person for whose use the passport was originally issued and designed. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:

AUSA Raizza Ty

*Complainant's signature*

SA Kyle Andreasen, Diplomatic Security Service
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 06/20/2019

/s/ John F. Anderson
United States Magistrate Judge
*Judge's signature*

City and state: Alexandria, Virginia

Hon. John F. Anderson, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) **Filed Under Seal** |
| v. | ) |
| | ) Criminal No. 1:19-MJ-280 |
| SANDY SUSOHO, | ) |
| | ) |
| Defendant. | ) |

F I L E D
JUN 20 2019
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

I, Kyle Andreasen, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of a criminal complaint charging **SANDY SUSOHO** ("SUSOHO"), with knowingly conspiring with CC-1 and other known and unknown co-conspirators to misuse a passport, and to furnish, dispose of, and deliver a passport to another person for use by another than the person for whose use the passport was originally issued and designed, in violation of Title 18, United States Code, Section 371.

2. I am a Special Agent with the United States Department of State's Diplomatic Security Service ("DSS"), assigned to the Washington Field Office and have been so employed since January 2017. While with DSS, my experience as a Special Agent has included, among other things, the investigation of cases involving passport and visa fraud. I have participated in federal investigations which have utilized search and seizure warrants, interviews and interrogations, and the review of visa and passport documents. Due to my training and experience, I am familiar with allegations of criminal activity including, passport and visa fraud, and similar offenses.

3. This affidavit is based upon my personal knowledge; my review of documents and other evidence; my conversations with others, including other law enforcement personnel; and my training, experience, and advice received concerning the use of cellphones in criminal activity. Because this affidavit is being submitted for the limited purpose of establishing probable cause, it does not include all the facts that I have learned during the course of my investigation. Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

4. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that a violation of 18 U.S.C. § 371 has been committed by **SUSOHO**.

## PROBABLE CAUSE

5. **SUSOHO** is a United States Citizen and a resident of Bronx, New York.

6. On or about August 30, 2018, **SUSOHO** filed a Form DS-11 Application for a U.S. Passport with a private passport and visa service company ("Company-A") in New York City, New York. **SUSOHO** authorized Company-A to act as the courier company for her DS-11. In the DS-11, SUSOHO lists an apartment on 1st Ave. in Manhattan as her mailing address. She further listed Co-Conspirator-1 ("CC-1") as her "Emergency Contact" and provided an address for CC-1 on Jesup Ave. in Bronx, New York. However, **SUSOHO** made false statements as to both addresses. The actual resident at the listed 1st Ave. address is A.T. and, in an interview with law enforcement, A.T. claimed she did not know **SUSOHO** but admitted to knowing CC-1. Additionally, the Jesup Ave. address **SUSOHO** listed for CC-1 is actually her own mailing address, which is also printed on **SUSOHO**'s New York State identification card.

2

7. In her DS-11 application, **SUSOHO** further claimed she would be traveling to France from on or about September 7 to 14, 2018 in order to obtain the passport on an expedited basis. A representative of Company-A stated that **SUSOHO** requested the company provide proof of travel (a "fictitious itinerary") just for the purpose of expediting her passport.

8. **SUSOHO** also filed a standard form DS-64 (Statement Regarding a Lost or Stolen U.S. Passport Book or Card) stating that her previous U.S. passport had been lost with her handbag on March 22, 2018. **SUSOHO** additionally submitted a standard form DS-71 (Affidavit of Identifying Witness) with CC-1 listed as the identifying witness who would attest to **SUSOHO's** citizenship and true statements provided in her application. CC-1 stated **SUSOHO** was her niece and further listed an address in Georgia as her residential address.

9. On or about August 31, 2018, a U.S. passport #589336543 was issued to **SUSOHO** in her name. As standard operating procedure, the passport book would have been returned to the courier company, Company-A, for distribution to the customer. Based on record checks conducted within databases that maintain border crossings and travel document use, law enforcement could not find any evidence that **SUSOHO** or anyone else actually used this passport to travel to France.

10. During a voluntary interview with law enforcement, **SUSOHO** admitted that CC-1 directed her to obtain the passport and provide false statements concerning the addresses and travel plans. She further stated that CC-1 paid for the passport processing and expediting fees.

11. On or about September 8, 2018, Material Witness-1 arrived at Washington Dulles International Airport in Loudoun County, Virginia, within the Eastern District of Virginia, aboard South African flight 209 from Accra, Ghana. Upon arrival, Material Witness-1 was inspected by a Customs and Border Protection (CBP) Officer conducting primary inspection (hereinafter,

3

"Primary Officer"). Material Witness-1 presented U.S. passport #589336543 bearing the name **SANDY SUSOHO** to the Primary Officer. U.S. passport #589336543 contained a Ghanaian visa that had been issued on September 1, 2018, as well as stamps showing entry to the Republic of Ghana on September 2, 2018 and a departure therefrom on September 7, 2018. However, based on the record checks conducted, law enforcement did not see that U.S. passport #589336543 was presented on an outbound flight from the United States.

12. The Primary Officer used facial recognition software to attempt to verify Material Witness-1's identity, which compared Material Witness-1's live photograph with the photograph stored on the United States passport in the name **SANDY SUSOHO**. The comparison resulted in a photograph "mismatch" message, and Material Witness-1 was subsequently referred to CBP secondary admissibility review.

13. At CBP secondary admissibility review, Material Witness-1 initially claimed to be a United States citizen named **SUSOHO**; however, Material Witness-1 was unable to provide a Social Security Number or any information on her current employment in the United States. Material Witness-1 was asked who the United States passport belonged to, at which point she stated that she did not know and that someone had given it to her. Material Witness-1 was turned over to CBP Enforcement where she told officers that she had paid $1,200.00 to a person named "Junior" a/k/a "Sarpong" for the passport and an airline ticket. Material Witness-1's luggage was inspected by CBP Officers and they discovered a cellular telephone.[1]

14. While Material Witness-1 was in administrative custody, she was interviewed by DSS. In addition to her prior statements, she informed law enforcement that she was coached to

---

[1] On or about November 7, 2018, Material Witness-1 pleaded guilty to violating 8 U.S.C. § 1325(a)(3) in the U.S. District Court for the Eastern District of Virginia. As part of her plea agreement with the Government, Material Witness-1 subsequently consented to the search of her cellular phone.

4

state she was going to New York. Material Witness-1 further stated she would be visiting her "cousin" later identified as "B.K.." However, based on evidence obtained from Material Witness-1's cell phone, it is apparent that she is in a romantic relationship with B.K.

15. From the review of Material Witness-1's cellular phone, DSS found a deleted message sent on August 31, 2018 to an individual identified as "Musah," stating that "the passport is ready and [she] want[s] to leave on the 7th." DSS further discovered another deleted text message sent on or about September 5, 2018 with an individual named Sanni Jajah in Ghana about obtaining departure details to book a ticket. Call records obtained by subpoena reveal that B.K. also communicated with the telephone number associated with Jajah multiple times in September 2018. Moreover, Sanni Jajah attempted to call Material Witness-1's cellular phone on or about September 7, 2018, the day Material Witness-1 is believed to have departed Ghana.

16. In February 2019, law enforcement interviewed **SUSOHO** who denied knowing anyone named "B.K.." However, a review of **SUSOHO**'s telephone records revealed that she communicated with the telephone number associated with B.K. by voice call and/or text message at least 10 times between August 27 – 30, 2018, during the time frame **SUSOHO** submitted the DS-11 passport application. The records did not show any other communication between **SUSOHO** and B.K. between January 2018 and April 19, 2019. Additionally, call records indicate **SUSOHO** and CC-1 were in contact via telephone at least 19 times from August 27 to September 9 of 2018. Call records further establish that CC-1 and Material Witness-1, CC-1 and B.K., and B.K. and Material Witness-1 communicated regularly via cellular phone in August and September 2018.

17. In June 2019, **SUSOHO** provided another voluntary statement to law enforcement further admitting that CC-1 asked **SUSOHO** to "help her with [her] passport" and

5

to "bring someone here." According to **SUSOHO**, CC-1 told her that the woman from Ghana – later identified as Material Witness-1 – was B.K.'s wife. CC-1 promised **SUSOHO** that she will help her family because **SUSOHO's** father is not working, and **SUSOHO** agreed.

## CONCLUSION

18. Based on the foregoing information, I submit that there is probable cause to believe that in and around August 2018 to on or about September 8, 2018, in the Eastern District of Virginia and elsewhere, **SANDY SUSOHO** knowingly conspired with CC-1 and other known and unknown co-conspirators to misuse a passport, and to furnish, dispose of, and deliver a passport to another person for use by another than the person for whose use the passport was originally issued and designed, in violation of Title 18, United States Code, Section 371.

Respectfully submitted,

Kyle Andreasen
Special Agent
Diplomatic Security Service

Subscribed and sworn to before me on this 20th day of June, 2019:

/s/
John F. Anderson
The Honorable John F. Anderson
United States Magistrate Judge

6

UNDER SEAL

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

FILED JUN 2 0 2019 CLERK, U.S. DISTRICT COURT ALEXANDRIA, VIRGINIA

UNITED STATES OF AMERICA )
)  **Filed Under Seal**
v. )
) Criminal No. 1:19-MJ- 280
SANDY SUSOHO, )
)
Defendant. )

## ORDER TO SEAL

The United States, pursuant to Local Rule 49(B) of the Local Criminal Rules for the United States District Court for the Eastern District of Virginia, having moved to seal the complaint, arrest warrant, and affidavit in support of such materials; and

The Court, having found that revealing the material sought to be sealed would jeopardize an ongoing criminal investigation; having considered the available alternatives that are less drastic than sealing, and finding none would suffice to protect the government's legitimate interest in protecting a material witness; and finding that this legitimate government interest outweighs at this time any interest in the disclosure of the material; it is hereby

ORDERED, ADJUDGED, and DECREED that the complaint, arrest warrant, affidavit in support, and other materials filed in connection with this matter be placed under seal until the defendant is arrested and appears for her Rule 5 hearing before this Court.

/s/ JFA
The Honorable John F. Anderson
United States Magistrate Judge

Date: June 20, 2019
Alexandria, Virginia

UNDER SEAL

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

FILED
JUN 20 2019
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | **Filed Under Seal** |
| v. | ) | |
| | ) | Criminal No. 1:19-MJ-280 |
| SANDY SUSOHO, | ) | |
| | ) | |
| Defendant. | ) . | |

## GOVERNMENT'S MOTION TO SEAL COMPLAINT AND ARREST WARRANT PURSUANT TO LOCAL RULE 49(B)

The United States, by and through undersigned counsel, pursuant to Local Rule 49(B) of the Local Criminal Rules for the United States District Court for the Eastern District of Virginia, asks for an Order to Seal the complaint, arrest warrant, and the affidavit submitted in support of criminal complaint and arrest warrant, and any other materials filed in connection with this matter until the defendant is arrested and brought before the Court for her initial appearance pursuant to Rule 5 of the Federal Rules of Criminal Procedure.

I.  **REASONS FOR SEALING** (Local Rule 49(B)(1))

1. The U.S. Department of State, Diplomatic Security Service, is investigating a conspiracy to commit misuse of a passport and wrongful delivery of another's passport.

2. Premature disclosure of the charges against the defendant would jeopardize an ongoing criminal investigation threatening the government's ability to locate and arrest the defendant and may lead to the destruction of evidence. Disclosure of the complaint and affidavit in support of the complaint would provide the defendant and others with a roadmap of the ongoing criminal

1

investigation, including the identity of the agents, potential witnesses, and other co-conspirators involved.

## II. REFERENCES TO GOVERNING CASE LAW (Local Rule 49(B)(2))

3. The Court has the inherent power to seal arrest warrants and affidavit in support. See United States v. Wuagneux, 683 F.2d 1343, 1351 (11th Cir. 1982); State of Arizona v. Maypenny, 672 F.2d 761, 765 (9th Cir. 1982); Times Mirror Company v. United States, 873 F.2d 1210 (9th Cir. 1989); see also Shea v. Gabriel, 520 F.2d 879 (1st Cir. 1975); United States v. Hubbard, 650 F.2d 293 (D.C. Cir. 1980); In re Braughton, 520 F.2d 765, 766 (9th Cir. 1975). "The trial court has supervisory power over its own records and may, in its discretion, seal documents if the public's right of access is outweighed by competing interests." In re Knight Pub. Co., 743 F.2d 231, 235 (4th Cir. 1984). Sealing the material witness arrest warrant and affidavit in support is appropriate where there is a substantial probability that the release of the sealed documents would compromise the government's on-going investigation severely. See e.g. In re Search Warrant for Secretarial Area Outside Office of Gunn, 855 F.2d 569, 574 (8th Cir. 1988); Matter of Eye Care Physicians of America, 100 F.3d 514, 518 (7th Cir. 1996); Matter of Flower Aviation of Kansas, Inc., 789 F.Supp. 366 (D. Kan. 1992).

## III. PERIOD OF TIME GOVERNMENT SEEKS TO HAVE MATTER REMAIN UNDER SEAL (Local Rule 49(B)(3))

4. The complaint and affidavit in support of the complaint would need to remain sealed until the defendant is arrested and brought before the Court for her Rule 5 hearing.

5. Upon occurrence of the event specified in paragraph 4, pursuant to Local Rule 49(B)(3), the sealed materials will be automatically unsealed and handled as such.

6. The United States has considered alternatives less drastic than sealing and has found none that would suffice to protect this investigation. The United States will move to unseal the documents before they are set to become automatically unsealed if it determines that

2

circumstances warrant such action.

WHEREFORE, the United States respectfully requests that the complaint and affidavit in support of the complaint and this Motion to Seal and proposed Order be sealed until the defendant is arrested.

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By: _____
Raizza K. Ty
Assistant United States Attorney

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

**UNDER SEAL**

United States of America
v.
SANDY SUSOHO

Case No. 1:19-MJ-280

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* SANDY SUSOHO, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C § 371   The defendant did, knowingly conspire with CC-1 and other known and unknown co-conspirators to misuse a passport, and to furnish, dispose of, and deliver a passport to another person for use by another than the person for whose use the passport was originally issued and designed.

Date: 06/20/2019

/s/ John F. Anderson
United States Magistrate Judge
*Issuing officer's signature*

City and state: Alexandria, Virginia

Hon. John F. Anderson, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

*Arresting officer's signature*

*Printed name and title*

NOTICE: BEFORE ARREST, VALIDATE THROUGH NCIC. ORIGINAL HELD BY U.S. MARSHAL.

INFORMATION COPY ONLY